UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
ANGEL VELEZ,

                Plaintiff,                ORDER

                                    1:22-cv-03152-GRJ

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

     Pending before the Court is the Stipulation and Order, filed by the parties. (Docket No. 25.) The parties stipulate and agree that the Commissioner's decision should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand the Commissioner will offer the plaintiff the opportunity for a new hearing and issue a new decision.

     Accordingly, the Stipulation is approved. This case is REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The Clerk is directed to terminate Plaintiff's Motion for Judgment on the Pleadings

(Docket No. 23), enter final judgment, and then close the file.

Dated: May 11, 2023                    SO ORDERED:

                                       *s/ Gary R. Jones*
                                       GARY R. JONES
                                       United States Magistrate Judge