**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANGEL VELEZ,

                      Plaintiff,                  22 **CIVIL** 3152 (GRJ)

     -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:**  New York, New York

      May 11, 2023

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                                    **Clerk of Court**

                       **BY:**

                                                                    _____
                                                                  **Deputy Clerk**